# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANDREA NUNEZ YEOMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV543** |
| **vs.** ) | |
| ) | **ORDER** |
| **DLR GROUP SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's Motion for leave to file an amended answer [13].  No response or objection has been filed.  Upon review of the proposed pleading, and pursuant to Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion [13] is granted.  Defendant is given until and including **January 5, 2007** to file and serve the Amended Answer.

**DATED December 20, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**